**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TREVOR JARED SMITH,**

    **Plaintiff,**

**v.**                                    **Case No.:  8:25-cv-00804-KKM-AEP**

**ROBERT J. PERRAULT, JR. and**
**THE FLORIDA DEPARTMENT OF**
**FINANCIAL SERVICES,**

    **Defendants.**

_____/

**DEFENDANT, FLORIDA DEPARTMENT OF FINANCIAL SERVICES,**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**AMENDED COMPLAINT**

Defendant, Florida Department of Financial Services ("Defendant" or "DFS"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and M.D. Fla. Loc. R. 3.01, respectfully moves for an extension of time until February 13, 2026, within which to respond to Plaintiff's Amended Complaint. In support hereof, Defendant submits as follows:

1.      On December 31, 2025, Plaintiff filed the instant Amended Complaint alleging three causes of action against DFS. [Doc. 28].

2.      DFS was served on January 9, 2026. Accordingly, DFS' response to the Amended Complaint is due on January 30, 2026.

3.    Due to the complexity of the factual and legal issues in this case, including the potential application of sovereign immunity, the undersigned needs additional time to investigate Plaintiff's claims and prepare an appropriate response.

## LEGAL MEMORANDUM

4.    Defendant's request falls within the scope of Fed. R. Civ. P. 6(b) which affords the Court wide discretion to enlarge the time for doing an act required under the Federal Rules of Civil Procedure. Defendant, based on the above statements, submits that good cause exists to extend the responsive pleading deadline until February 13, 2026. Defendant is not seeking to delay this proceeding; rather, it is seeking a brief extension so that it may fully and properly respond to Plaintiff's claims.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Loc. R. 3.01(g), the undersigned certifies Counsel for Plaintiff has been contacted and does not oppose the relief requested herein.

**WHEREFORE**, Defendant respectfully requests the entry of an Order extending its deadline to respond to Plaintiff's Amended Complaint up to and including February 13, 2026, along with such other and further relief as this Court deems appropriate.

Dated this 29th day of January, 2026.

2

Respectfully submitted,

/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
/s/ *Kristen C. Diot*
**KRISTEN C. DIOT**
Florida Bar Number: 0118625
kdiot@sniffenlaw.com

**SNIFFEN & HARMON, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendant,*
*Department of Financial Services*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of January, 2026, a true and correct copy of the foregoing was electronically filed in the United States District Court, Middle District of Florida, using the CM/ECF system which will serve all counsel of record.

/s/ *Kristen C. Diot*
**KRISTEN C. DIOT**

3