**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:25-cv-00804**

TREVOR JARED SMITH,

      Plaintiff,

        v.

ROBERT J. PERRAULT, JR and THE
FLORIDA DEPARTMENT OF
FINANCIAL SERVICES.,

      Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**FILE MEDIATION NOTICE**

Plaintiff Trevor Jared Smith ("Plaintiff"), by his undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 3.01, respectfully moves for a 60-day extension of time, up to and including May 22, 2026, to file the mediation notice in this matter, and in support thereof, states as follows:

1.      Pursuant to the Order on Plaintiff's Unopposed Motion for Extension of Time to File Mediation [DE 39], the deadline for the Parties to file the mediation notice in this matter is March 23, 2026. *See* DE 39.

2.      Additional time is required in connection with the mediation notice filing as Plaintiff is awaiting relevant discovery from the Florida Department of Financial Services ("DFS") related to the non-party subpoenas issued in this

matter, including the subpoena directed to DFS. Therefore, additional time is required to determine an appropriate date for mediation. In addition, DFS's Motion to Dismiss [DE 47] is currently pending before the Court, which will preliminarily determine if DFS will be required to participate in mediation in this case.

3.    Accordingly, Plaintiff respectfully seeks an additional 60-day extension through May 22, 2026, to file the mediation notice in this matter.

4.    This Motion is made in good faith and not for the purpose of delay, and the Defendants Robert J. Perrault, Jr ("Perrault") and DFS will not be prejudiced by the requested extension of time.

5.    Undersigned counsel has conferred with respective counsel for Defendants Perrault and DFS regarding the requested extension, who each advised that Defendants DFS and Perrault do not oppose the extension requested herein.

### MEMORANDUM OF LAW

6.    Federal Rule of Civil Procedure 6 provides in pertinent part that the Court may grant an extension of time "for good cause . . . with or without motion or notice of the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b).

7.    This Court has broad discretion under Rule 6(b) to expand filing deadlines. *Kane v. Eli Lilly & Co.*, 8:19-CV-2698-T-60JSS, 2021 WL 2934532, at *1 (M.D. Fla. Jan. 4, 2021). District Courts also have broad discretion in managing their cases, including the management of pretrial activities. *Chrysler Int'l Corp. v.*

*Chenaly*, 280 F.3d 1358 (11th Cir. 2002) (citing *Johnson v. Bd. Of Regents*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

8.   Given the foregoing, Plaintiff respectfully submits that good cause exists for entry of an Order granting a 60-day extension, up through and including May 22, 2026, for the filing of the mediation notice in this matter.

### LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that Plaintiff's counsel conferred with respective counsel for Defendants Perrault and DFS regarding this Motion, and Defendants Perrault and DFS do not oppose the relief sought herein.

WHEREFORE Plaintiff respectfully requests the entry of an Order extending the deadline for the filing of the mediation notice by 60-days, up through and including May 22, 2026.

Dated: March 23, 2026

Respectfully submitted,

**SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**
*Attorneys for Plaintiff*
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Telephone: (561) 477-7800
Facsimile: (561) 477-7722

By: */s/ Joshua B. Alper*
Joshua B. Alper, Esq.
Florida Bar No. 59875
Primary E-Mail: jalper@sbwh.law
Secondary E-Mail: floridaservice@sbwh.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2026, a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using CM/ECF and is being served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

By: */s/ Joshua B. Alper*
Joshua B. Alper, Esq.